**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:17-40-KKC-MAS** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **JOEL SANCHEZ,** *aka Luis R. Morales-Montanez,* | |
| **Defendant.** | |

*** *** ***

This matter was referred to Magistrate Judge Matthew Stinnett for the purpose of conducting an identity hearing for the individual convicted and sentenced under the name Luis R. Morales-Montanez. (DE 214.) After conducting that proceeding, Judge Stinnett filed a recommendation (DE 217) that, based on the defendant's stipulation, the Court find the individual convicted and sentenced under the name Luis R. Morales-Montanez is, in fact, Joel Sanchez. No objections have been filed and, having reviewed the record, the Court hereby ORDERS that

(1) The recommendation (DE 217) is ADOPTED and ACCEPTED;

(2) The Court FINDS that Joel Sanchez is the true name of the individual who was convicted and sentenced in this matter under the name Luis Morales-Montanez;

(3) The Clerk SHALL modify the defendant's name to be Joel Sanchez and add as an alias the name Luis R. Morales-Montanez; and

(4) The final hearing regarding revocation of the defendant's supervised release is SET for April 7, 2025, at 11:30 a.m. in Lexington, Kentucky.

This 31st day of March, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY